JACQUELYNE M. NGUYEN, Bar no. 249658
KSENIYA Y. STUPAK, Bar no. 309783
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
Email: kseniya@jacquelynenguyenlaw.com

Attorney for: Plaintiff

**FILED**
CLERK, U.S. DISTRICT COURT

FEB 06 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___GK___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.: 2:17-cv-00808 CAS (Ex) |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| MANUEL RODRIGUEZ III, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Manuel Rodriguez III, in the principal amount of $13,774.45 plus interest accrued to January 18, 2017, in the sum of $6,090.75; with interest accruing thereafter at $1.65 daily until entry of judgment, for a total amount of $19,865.20.

DATED: February 6, 2017         By: _____, Deputy
                                     Clerk of the Court
                                     United States District Court